STATE OF NORTH CAROLINA v. ANN MAJORS

No. 126A85

(Filed 3 July 1985)

**Criminal Law § 177— evenly divided Court—judgment affirmed—no precedent**

Where one member of the Supreme Court did not participate in the consideration or decision of a case and the remaining six justices were equally divided, the decision of the Court of Appeals is left undisturbed and stands without precedential value.

APPEAL by the State pursuant to N.C.G.S. § 7A-30(2) from a decision of a divided panel of the North Carolina Court of Appeals, 73 N.C. App. 26, 329 S.E. 2d 388 (1985) (*Judge Becton* with *Judge Johnson* concurring and *Judge Martin* dissenting), ordering a new trial for error in the trial before *Judge Samuel E. Britt* and a jury at the November 1983 session of CUMBERLAND County Superior Court. Judge Britt sentenced defendant to prison for the term of fifteen years upon the jury's verdict of guilty of second degree murder.

*Lacy H. Thornburg, Attorney General, by George W. Boylan, Assistant Attorney General, for the State.*

*Gregory A. Weeks, Assistant Public Defender, for defendant-appellee.*

PER CURIAM.

Justice Vaughn took no part in the consideration or decision of this case. The remaining members of this Court were equally divided with three members voting to affirm the decision of the Court of Appeals and three members voting to reverse. Therefore, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See State v. Johnson*, 286 N.C. 331, 210 S.E. 2d 260 (1974).

Affirmed.